# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139691 & (87)(88)(89)(90)(91)(92)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 139691
                                          COA: 282013

ROBERT K. BURKOWSKI,
          Defendant-Appellant.

                                          Macomb CC: 07-000587-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The remaining motions, for miscellaneous relief, are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116